MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: rex.garner@akerman.com

*Attorneys for U.S. Bank, N.A., Successor to Wachovia Bank, N.A., as Trustee for the Certificateholders of Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2005-E*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK, N.A., SUCCESSOR TO WACHOVIA BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-E,<br><br>Plaintiff,<br><br>vs.<br><br>RANCHO LAKE CONDOMINIUM UNIT-OWNERS' ASSOCIATION, INC. and JOHN KIELTY,<br><br>Defendants. | Case No.: 2:17-cv-01120-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTIONS DEADLINE**<br><br>**[FIRST REQUEST]** |
| JOHN KIELTY,<br><br>Counter-Claimant,<br><br>vs.<br><br>U.S. BANK, N.A., SUCCESSOR TO WACHOVIA BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-E,<br><br>Counter-Defendant. | |

1

51798699;1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

RANCHO LAKE CONDOMINIUM UNIT-OWNERS' ASSOCIATION, INC.,

   Third-Party Plaintiff,

vs.

NEVADA ASSOCIATION SERVICES, INC.,

   Third Party Defendant.

Plaintiff/Counter-Defendant U.S. Bank, N.A., Successor to Wachovia Bank, N.A., as Trustee for the Certificateholders of Banc of America Funding Corporation Pass-Through Certificates, Series 2005-E (**U.S. Bank**), Defendant/Third Party Plaintiff Rancho Lake Condominium Unit-Owners' Association, Inc. (**Rancho Lake**), and Defendant/Counter-Claimant John Kielty (**Kielty**, collectively the **parties**), by and through the undersigned counsel, hereby stipulate and agree to the extension of the dispositive motions deadline currently set for Wednesday, January 29, 2020 [ECF No. 31]. The parties are in agreement to extend the dispositive motions deadlines by thirty (30) days to **Friday, February 28, 2020**.

…

…

…

…

…

…

…

…

…

…

…

…

…

2

51798699;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party. The parties request this extension to permit ongoing settlement discussions in this case.

DATED January 29, 2020.

| **AKERMAN LLP**<br><br>*/s/ Rex D. Garner, Esq.*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>REX D. GARNER, ESQ.<br>Nevada Bar No. 9401<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for U.S. Bank, N.A., Successor to Wachovia Bank, N.A., as Trustee for the Certificateholders of Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2005-E* | **BOYACK ORME & ANTHONY**<br><br>*/s/ Christopher B. Anthony*<br>EDWARD D. BOYACK, ESQ.<br>Nevada Bar No. 5229<br>CHRISTOPHER B. ANTHONY, ESQ.<br>Nevada Bar No. 9748<br>7432 West Sahara Avenue<br>Las Vegas, Nevada 89117<br><br>*Attorneys for Rancho Lake Condominium Unit-Owners Association, Inc.* |
|---|---|
| **AYON LAW, PLLC**<br><br>*/s/ Luis A. Ayon*<br>LUIS A. AYON, ESQ.<br>Nevada Bar No. 9752<br>8716 Spanish Ridge Avenue, Suite 115<br>Las Vegas, Nevada 89148<br><br>*Attorney for John Kielty* | |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
Case No.: 2:17-cv-01120-APG-EJY

DATED: February 4, 2020

3

51798699;1