# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A., <br><br> Plaintiff <br><br> v. <br><br> RANCHO LAKE CONDOMINIUM UNIT-OWNERS' ASSOCIATION, INC., et al., <br><br> Defendants | Case No.: 2:17-cv-01120-APG-EJY <br><br> **Order** |

All of the claims in this case have been resolved except for the third party complaint by defendant/third party plaintiff Rancho Lake Condominium Unit-Owners' Association, Inc. against Nevada Association Services, Inc. Rancho Lake has taken no action since January 2020, when it filed a three-day notice of intent to take default. ECF No. 42.

I THEREFORE ORDER that by June 5, 2020, third party plaintiff Rancho Lake Condominium Unit-Owners' Association, Inc. must either move for default and default judgment or voluntarily dismiss its claims against Nevada Association Services, Inc. If Rancho Lake does not take either of these actions by that date, I will dismiss the third party complaint without prejudice and without further notice.

DATED this 19th day of May, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE